**Hal B. PARKERSON, Plaintiff–Appellant,**

v.

**ORIX FINANCIAL SERVICES, INC., Orix USA Corporation, et al., Defendants–Appellees.**

No. 06–15625.

United States Court of Appeals, Eleventh Circuit.

June 11, 2007.

Harlan S. Miller, III, Miller, Billips & Ates, P.C., Atlanta, GA, for Plaintiff–Appellant.

Scott M. McElhaney, W. Gary Fowler, Jackson Walker, LLP, Dallas, TX, Amy Killoran, Richard Gerakitis, Troutman Sanders LLP, Atlanta, GA, for Defendants–Appellees.

by designation.

Before DUBINA and BLACK, Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

The appellant, Hal Parkerson, appeals the district court's order granting summary judgment for the appellees, Orix Financial Services, Inc., Orix USA Corp., Orix Capital Markets, LLC, and Orix Commercial Alliance Corp., on Parkerson's claims of age discrimination, in violation of the Age Discrimination Employment Act ("ADEA"), 29 U.S.C. § 623, *et seq.*, and retaliation, in violation of the ADEA and Title VII, 42 U.S.C.2000e, *et seq.*

It is clear to us, based on the district court's order and concessions made by counsel at oral argument, that the district court reviewed the entire record that was before the magistrate judge when she issued her Report and Recommendation. Furthermore, we conclude that Parkerson failed to carry his burden of demonstrating pretext. Accordingly, we affirm the grant of summary judgment.

**AFFIRMED.**